UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIMS METAL MANAGEMENT USA GP, a Delaware General Partnership, <br><br> Defendant. | No. C18-1327 <br><br> CORPORATE DISCLOSURE STATEMENT |

This Corporate Disclosure Statement is filed on behalf of Northwest Administrators, Inc. in compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The filing party hereby declares as follows: There is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

Corporate Disclosure Statement
Page 1

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 7th day of September, 2018.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiff

Corporate Disclosure Statement
Page 2