1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9

NORTHWEST ADMINISTRATORS, INC.,

10
                        Plaintiff,

11
            vs.

12
SIMS METAL MANAGEMENT USA GP,
a Delaware General Partnershp,

13

14
                        Defendant.

Case No. 2:18-cv-01327

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES**

15        Defendant Sims Metal Management USA GP ("Defendant") by way of answer to

16  Plaintiff's Complaint to Compel Audit (the "Complaint"), hereby alleges as follows:

17        1.      Answering Paragraphs I - IV, Defendant is without knowledge of the facts stated

18  therein and therefore denies the same.

19        2.      Answering Paragraph V, Defendant admits the allegations contained therein.

20        3.      Answering Paragraph VI, Defendant denies the allegations contained therein and

21  affirmatively states that Sims Group USA Corporation is a party to a collective

22  bargaining agreement with Locals 287 and 853 of the International Brotherhood of

23  Teamsters ("Agreement"), has abided by the terms of that Agreement, and the Agreement

24  speaks for itself.

25

26  DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES – 1
    Northwest Administrators, Inc. v. Sims Metal Management USA GP
27  Case No. 2:18-cv-01327

28

JUDD LEES, ESQ.
SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

BONNIE GLATZER, ESQ.
NIXON PEABODY LLP
One Embarcadero Center, Ste. 1800
San Francisco, CA  94111
Tel: (415) 984-8333 – Fax: (415) 984-8300

4.      Answering Paragraph VII, Defendant denies the allegations contained therein and affirmatively states that Sims Group USA Corporation signed a collective bargaining agreement with Locals 287 and 853 of the International Brotherhood of Teamsters and that the Agreement speaks for itself.

5.      Answering Paragraph VIII, Defendant is without knowledge of the facts stated therein and therefore denies the same.

6.      Answering Paragraph IX, Defendant denies the allegations contained therein.

## Affirmative Defenses

1.      Plaintiff has failed to state a claim upon which relief can be granted.

2.      Plaintiff's claims are barred by the equitable doctrines of waiver, estoppel and laches.

3.      Defendant has provided Plaintiff with all requested documents in its possession, custody or control.

## Requested Relief

Defendant denies that Plaintiff is entitled to the relief requested in Paragraphs 1 – 3 of the Wherefore clause of the Complaint, or to any relief whatsoever, and Defendant requests the following:

1.      Dismissal of Plaintiff's claims with prejudice;

2.      An award of Defendant's costs and attorneys' fees; and

3.      Such other and further relief as the Court may deem appropriate.

//

//

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES – 2
Northwest Administrators, Inc. v. Sims Metal Management USA GP
Case No. 2:18-cv-01327

JUDD LEES, ESQ.
SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

BONNIE GLATZER, ESQ.
NIXON PEABODY LLP
One Embarcadero Center, Ste. 1800
San Francisco, CA  94111
Tel: (415) 984-8333 – Fax: (415) 984-8300

1   //

2   //

3          Defendant reserves the right to add additional affirmative and other defenses as they may

4   become known through discovery.

5          DATED this 16th day of November, 2018.

6

7         SEBRIS BUSTO JAMES

8         */s/ Judd H. Lees*
      Judd H. Lees, WSBA #10673

9         14205 SE 36th St., Suite 325
      Bellevue, Washington 98006

10        (425) 454-4233

11        jlees@sebrisbusto.com

12

13        NIXON PEABODY LLP

14        */s/ Bonnie Glatzer*
      Bonnie Glatzer

15        One Embarcadero Center, Ste. 1800
      San Francisco, CA  94111

16        (415) 984-8333

17        bglatzer@nixonpeabody.com

18        Attorneys for Defendant

19

20

21

22

23

24

25

26  DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES – 3

27  Northwest Administrators, Inc. v. Sims Metal Management USA GP
Case No. 2:18-cv-01327

28

JUDD LEES, ESQ.
SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

BONNIE GLATZER, ESQ.
NIXON PEABODY LLP
One Embarcadero Center, Ste. 1800
San Francisco, CA  94111
Tel: (415) 984-8333 – Fax: (415) 984-8300

## CERTIFICATE OF SERVICE

I, April L. Jendresen, certify under penalty of perjury under the laws of the United States that, on November 16, 2018, I caused to be served the attached document to the individual listed below in the manner shown next to his name:

_Attorneys for Plaintiff_:
Russell J. Reid
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
rjr@rmbllaw.com

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By ABC Messenger
☐ By Electronic Mail
☒ By ECF E-service

_/s/ April L. Jendresen_
April L. Jendresen, Legal Assistant

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES – 4
Northwest Administrators, Inc. v. Sims Metal Management USA GP
Case No. 2:18-cv-01327

JUDD LEES, ESQ.
SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

BONNIE GLATZER, ESQ.
NIXON PEABODY LLP
One Embarcadero Center, Ste. 1800
San Francisco, CA  94111
Tel: (415) 984-8333 – Fax: (415) 984-8300