IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>SIMS METAL MANAGEMENT USA GP, a Delaware General Partnership, <br><br>Defendant. | Case No.  2:18-cv-01327 <br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant Sims Metal Management USA GP, by its attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it is a general partnership organized under the laws of Delaware.  As a general partnership, Sims Metal Management USA GP does not issue stock.  The general partners are Sims Group Holdings 1 Pty Ltd. and Sims Group Holdings 2 Pty Ltd.

CORPORATE DISCLOSURE STATEMENT - 1
Northwest Administrators, Inc. v. Sims Metal Management USA GP
Case No. 2:18-cv-01327

JUDD LEES, ESQ.
SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

BONNIE GLATZER, ESQ.
NIXON PEABODY LLP
One Embarcadero Center, Ste. 1800
San Francisco, CA  94111
Tel: (415) 984-8333 – Fax: (415) 984-8300

4816-1762-9314.1

DATED this 17th day of December, 2018.

SEBRIS BUSTO JAMES

*/s/ Judd H. Lees*
Judd H. Lees, WSBA #10673
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
(425) 454-4233
jlees@sebrisbusto.com

NIXON PEABODY LLP

*/s/ Bonnie Glatzer*
Bonnie Glatzer
One Embarcadero Center, Ste. 1800
San Francisco, CA  94111
(415) 984-8333
bglatzer@nixonpeabody.com

Attorneys for Defendant

CORPORATE DISCLOSURE STATEMENT - 2
Northwest Administrators, Inc. v. Sims Metal Management USA GP
Case No. 2:18-cv-01327

JUDD LEES, ESQ.
SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

BONNIE GLATZER, ESQ.
NIXON PEABODY LLP
One Embarcadero Center, Ste. 1800
San Francisco, CA  94111
Tel: (415) 984-8333 – Fax: (415) 984-8300

4816-1762-9314.1

**CERTIFICATE OF SERVICE**

I, April L. Jendresen, certify under penalty of perjury under the laws of the United States that, on December 17, 2018, I caused to be served the attached document to the individual listed below in the manner shown next to his name:

<u>Attorneys for Plaintiff</u>:
Russell J. Reid
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
rjr@rmbllaw.com

☐ By U.S. Mail
☐ By Federal Express
☐ By Facsimile
☐ By ABC Messenger
☐ By Electronic Mail
☒ By ECF E-service

/s/ *April L. Jendresen*
April L. Jendresen, Legal Assistant

CORPORATE DISCLOSURE STATEMENT - 3
Northwest Administrators, Inc. v. Sims Metal Management USA GP
Case No. 2:18-cv-01327

JUDD LEES, ESQ.
SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005

BONNIE GLATZER, ESQ.
NIXON PEABODY LLP
One Embarcadero Center, Ste. 1800
San Francisco, CA  94111
Tel: (415) 984-8333 – Fax: (415) 984-8300

4816-1762-9314.1